**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JODY CRUZ**, *et al.*, | : | |
| *Plaintiffs*, | : | |
| | : | |
| **v.** | : | **NO. 26-mc-00022** |
| | : | |
| **PROGENESIS, INC.**, | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this **15th** day of **April 2026**, upon consideration of Defendant's Motion to Quash Subpoena Duces Tecum to Non-Party Main Line Fertility (the "Defendant's Motion to Quash") (ECF No. 1), and Plaintiffs' Opposition to Defendant's Motion to Quash Subpoena Duces Tecum to Non-Party Main Line Fertility (ECF No. 7), it is hereby **ORDERED** as follows:

1. Defendant's Motion to Quash (ECF No. 1) is **DENIED** for the reasons stated in the accompanying memorandum opinion.

2. Non-party Main Line Fertility shall have 30 days from the date of this Order and accompanying memorandum opinion to comply with the subpoena served on December 18, 2025. Should Main Line Fertility need additional time for compliance, Main Line Fertility may appear through counsel and move for an extension. Documents produced by Main Line Fertility shall be subject to the parties' protective order in the underlying litigation in the Southern District of California where applicable.

3. Plaintiffs are **DIRECTED** to **SERVE** copies of the Court's memorandum opinion and this Order on non-party Main Line Fertility. Plaintiffs shall file proof of service on the docket on or before **April 17, 2026 at 5:00 p.m.**

2

4. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned matter.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**

2